UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PRAKASH RIKHILAL and POORNIMA RIKHILAL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) ) | |
| | ) | 3:23-CV-0214-G |
| MERIDIAN SECURITY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

### AGREED FINAL TAKE NOTHING JUDGMENT

The parties' agreed motion to enter judgment (docket entry 10) is **GRANTED**.

On this day came the plaintiffs Prakash Rikhilal and Poornima Rikhilal and waived the right to a jury trial, and announced that a compromise settlement has been reached on all claims and causes of action which were or could have been asserted against the defendant Meridian Security Insurance Company and that judgment should be entered that the plaintiffs take nothing on all claims and causes of action asserted in this lawsuit. This compromise settlement was made on disputed claims, and the parties have denied any liability to one another in this case.

Therefore, pursuant to the parties' compromise settlement, it is hereby,

**ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiffs Prakash Rikhilal and Poornima Rikhilal take nothing by reason of all claims, demands, and/or causes of action and that the plaintiffs' claims are hereby **DISMISSED** with prejudice, with fees and costs to be borne by the parties incurring same.

**SO ORDERED**.

May 10, 2023.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**

**AGREED AS TO FORM AND SUBSTANCE:**

 /s/ Joseph Milensky*
Chad T. Wilson
State Bar No. 24079587
Joseph Milensky
State Bar No. 24118231
Chad T. Wilson Law Firm, PLLC
455 E. Medical Center Blvd., Suite 555
Webster, Texas 77598
Email:  eservice@cwilsonlaw.com
Email:  jmilensky@cwilsonlaw.com
*Signed with permission

**ATTORNEYS FOR PLAINTIFF**

 /s/ Sheryl Kao
Sheryl Kao
State Bar No. 24036874
Email:  kao@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom L.L.P.
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone:  (214) 420-5500
Facsimile:  (214) 420-5501

Christopher W. Martin
State Bar No: 13057620
Email:  martin@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom L.L.P.
Niels Esperson Building
808 Travis, Suite 1100
Houston, Texas 77002
Telephone:  (713) 632-1700
Facsimile:  (713) 222-0101

**ATTORNEYS FOR DEFENDANT**